**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1030**

ANTHONY G. BRYANT,

       Plaintiff - Appellant,

    v.

U.S. SECRET SERVICE; U.S. POSTAL SERVICE; SOUTH CAROLINA INSURANCE COMMISSION; SOUTH CAROLINA DEPARTMENT OF SOCIAL SERVICES; SOUTH CAROLINA DEPARTMENT OF MOTOR VEHICLES,

       Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Charleston. Margaret B. Seymour, Senior District Judge. (2:19-cv-03580-MBS-MGB)

Submitted: June 18, 2020                 Decided: June 22, 2020

Before FLOYD, THACKER, and RUSHING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Anthony G. Bryant, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony G. Bryant filed this notice of appeal shortly after bringing a new action in the district court; the court has not yet taken any action on Bryant's complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2018), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2018); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The district court has not issued a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*